**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Michelle Denise JONES, Defendant—Appellant.**

No. 03–4437.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 17, 2003.

Decided Dec. 15, 2003.

Matthew A. Victor, Victor, Victor & Helgoe, L.L.P., Charleston, West Virginia, for Appellant.

Kasey Warner, United States Attorney, Stephanie L. Haines, Assistant United States Attorney, Huntington, West Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and GREGORY, Circuit Judges.

*UNPUBLISHED*

PER CURIAM.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

Michelle Denise Jones appeals her conviction and twenty-four month sentence imposed for possession of marijuana with intent to distribute, in violation of 21 U.S.C. § 841(a)(1) (2000). Jones contends that the district court abused its discretion by refusing to accept her plea of nolo contendere. After careful consideration of the record, we find no abuse of the district court's broad discretion. *See* Fed. R.Crim.P. 11(a)(1), (3); *United States v. Dorman*, 496 F.2d 438, 440 (4th Cir.1974). We therefore affirm Jones' conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*